IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

REYNIER VILLAVICENCIO PALACIO, PETITIONER
A# 201-399-719

V. CIVIL NO. 5:26-cv-838-DCB-RPM

FIELD OFFICE DIRECTOR, ET AL. RESPONDENTS

ORDER

Pro se Petitioner Reynier Villavicencio Palacio ("Petitioner"), is housed at the Adams County Correctional Center in Natchez, Mississippi, and he brings this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. The Court directs Petitioner to file a Petition that complies with Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Courts.*[1] It is hereby,

ORDERED that on or before October 6, 2026, Petitioner shall either complete, sign, and file a form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241" to continue with this case or file a Notice of Voluntary Dismissal if Petitioner does not wish to pursue this case.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order along with a Form AO-242 Petition to Petitioner at Petitioner's address of record.

The Court warns Petitioner that failure to advise this Court of a change of

[1] "A district court may apply any or all of the rules governing § 2254 habeas petitions to those cases filed pursuant to § 2241." *Reyes-Gonzalez v. Driver*, No. C-05-248, 2005 WL 1669830, at *2 (S. D. Tex. 2005) (citing Rule 1(b) of the Rules Governing § 2254 Cases).

address or a failure to comply with any Order of this Court will result in the dismissal of this case.

THIS the 15th day of September, 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE